J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Larry Zerner (SBN 155473)
*larry@zernerlaw.com*
Zerner Law
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone:   (310) 773-3623
Facsimile:    (310) 634-1256

Attorney for Defendant Peter Haidar,
an individual and d/b/a as Amazon.com
Seller Moveez&More

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No. CV12-7776 CAS (JCx) |
| Plaintiff, | CONSENT DECREE AND PERMANENT  INJUNCTION |
| v. | |
| Peter Haidar, an individual and d/b/a as Amazon.com Seller Moveez&More and Does 1-10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of
Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner
Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Peter Haidar, an individual
and d/b/a as Amazon.com Seller Moveez&More ("Defendant"), in this action, and
good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

      a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b)     Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c)     Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)     Each side shall bear its own fees and costs of suit.

6)     Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)     This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)     The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)     The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)     The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11)     This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent

1   decree and judgment; the enforcement hereof; the punishment of any violations

2   hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this

3   action.

4   DATED:  December 19, 2012

5

6                                                    Hon. Christina A. Snyder
                                                     United States District Judge

7   PRESENTED BY:

8   J. Andrew Coombs, A Prof. Corp.

9

10  By: _/s/ Annie S. Wang_____
           J. Andrew Coombs
11         Annie S. Wang
    Attorneys for Plaintiff Warner Bros. Home
12  Entertainment Inc.

13
    Zerner Law
14
    By: _____
15         Larry Zerner
    Attorney for Defendant Peter Haidar,
16  an individual and d/b/a as Amazon.com
    Seller Moveez&More
17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A
# COPYRIGHT REGISTRATIONS

| Reg. No. | Title | Claimant |
|---|---|---|
| PA 1-372-258; PA 1-394-930 | 300 | Warner Bros. Entertainment Inc.; Virtual Studios, LLC |
| PA 1-035-382 | Blow | New Line Productions, Inc. |
| PA 1-620-936 | Gran Torino | Matten Productions GmbH & Co. KG |
| PA 1-220-571 | Troy | Helena Productions Limited |
| | BOARDWALK EMPIRE SEASON 1 | |
| PA 1-709-262 | BOARDWALK EMPIRE: Boardwalk Empire | Home Box Office, Inc. |
| PA 1-709-258 | BOARDWALK EMPIRE: The Ivory Tower | Home Box Office, Inc. |
| PA 1-709-256 | BOARDWALK EMPIRE: Broadway Limited | Home Box Office, Inc. |
| PA 1-709-260 | BOARDWALK EMPIRE: Anastasia | Home Box Office, Inc. |
| PA 1-709-265 | BOARDWALK EMPIRE: Nights In Ballygran | Home Box Office, Inc. |
| PA 1-716-941 | BOARDWALK EMPIRE: Family Limitation | Home Box Office, Inc. |
| PA 1-716-942 | BOARDWALK EMPIRE: Home | Home Box Office, Inc. |
| PA 1-716-946 | BOARDWALK EMPIRE: Hold Me In Paradise | Home Box Office, Inc. |
| PA 1-719-464 | BOARDWALK EMPIRE: Belle Femme | Home Box Office, Inc. |
| PA 1-719-463 | BOARDWALK EMPIRE: The Emerald City | Home Box Office, Inc. |
| PA 1-719-466 | BOARDWALK EMPIRE: Paris Green | Home Box Office, Inc. |
| PA 1-721-376 | BOARDWALK EMPIRE: A Return To Normalcy | Home Box Office, Inc. |
| | CHUCK SEASON 4 | |
| PA 1-800-456 | CHUCK: Chuck Versus The Anniversary | Warner Bros. Entertainment Inc. |
| PA 1-800-450 | CHUCK: Chuck Versus The Cliffhanger | Warner Bros. Entertainment Inc. |
| | FRINGE: SEASON 3 | |
| PA 1-799-978 | FRINGE: Olivia | Warner Bros. Entertainment Inc. |
| PA 1-799-994 | FRINGE: The Box | Warner Bros. Entertainment Inc. |
| PA 1-799-991 | FRINGE: The Plateau | Warner Bros. Entertainment Inc. |
| PA 1-799-973 | FRINGE: Do Shapeshifters Dream of Electric Sheep? | Warner Bros. Entertainment Inc. |
| PA 1-800-068 | FRINGE: Amber 31422 | Warner Bros. Entertainment Inc. |
| PA 1-799-971 | FRINGE: 6955 KHZ | Warner Bros. Entertainment Inc. |
| PA 1-800-066 | FRINGE: The Abducted | Warner Bros. Entertainment Inc. |
| PA 1-799-984 | FRINGE: Entrada | Warner Bros. Entertainment Inc. |
| PA 1-800-071 | FRINGE: Marionette | Warner Bros. Entertainment Inc. |
| PA 1-800-082 | FRINGE: The Firefly | Warner Bros. Entertainment Inc. |
| PA 1-799-860 | FRINGE: Reciprocity | Warner Bros. Entertainment Inc. |
| PA 1-799-843 | FRINGE: Concentrate And Ask Again | Warner Bros. Entertainment Inc. |
| PA 1-799-846 | FRINGE: Immortality | Warner Bros. Entertainment Inc. |
| PA 1-799-854 | FRINGE: 6B | Warner Bros. Entertainment Inc. |
| PA 1-799-856 | FRINGE: Subject 13 | Warner Bros. Entertainment Inc. |
| PA 1-799-853 | FRINGE: OS | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| PA 1-799-980 | FRINGE: Stowaway | Warner Bros. Entertainment Inc. |
| PA 1-799-975 | FRINGE: Bloodline | Warner Bros. Entertainment Inc. |
| PA 1-800-064 | FRINGE: Lysergic Acid Diethylamide | Warner Bros. Entertainment Inc. |
| PA 1-800-072 | FRINGE: 6:02 AM EST | Warner Bros. Entertainment Inc. |
| PA 1-799-987 | FRINGE: The Last Sam Weiss | Warner Bros. Entertainment Inc. |
| PA 1-800-069 | FRINGE: The Day We Died | Warner Bros. Entertainment Inc. |
| | Game of Thrones: Season 1 | |
| PA 1-736-232 | GAME OF THRONES: Winter Is Coming | Home Box Office, Inc. |
| PA 1-736-234 | GAME OF THRONES: The Kingsroad | Home Box Office, Inc. |
| PA 1-737-694 | GAME OF THRONES: Lord Snow | Home Box Office, Inc. |
| PA 1-737-699 | GAME OF THRONES: Cripples, Bastards And Broken Things | Home Box Office, Inc. |
| PA 1-737-696 | GAME OF THRONES: The Wolf And The Lion | Home Box Office, Inc. |
| PA 1-737-695 | GAME OF THRONES: A Golden Crown | Home Box Office, Inc. |
| PA 1-750-434 | GAME OF THRONES: You Win Or You Die | Home Box Office, Inc. |
| PA 1-738-431 | GAME OF THRONES: The Pointy End | Home Box Office, Inc. |
| PA 1-739-318 | GAME OF THRONES: Baelor | Home Box Office, Inc. |
| PA 1-740-116 | GAME OF THRONES: Fire And Blood | Home Box Office, Inc. |
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE | Warner Bros. Entertainment Inc. |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS | Miracle Productions GmbH & Co. KG |
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN | P of A Productions Limited |
| PA 1-279-121 | HARRY POTTER AND THE GOBLET OF FIRE | Patalex IV Productions Limited |
| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | Warner Bros. Entertainment Inc. |
| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE | Warner Bros. Entertainment Inc. |
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 | Warner Bros. Entertainment Inc. |
| PA 1-742-099 | HARRY POTTER AND THE DEATHLY HALLOWS PART 2 | Warner Bros. Entertainment Inc. |
| | PRETTY LITTLE LIARS: SEASON 1 | |
| PA 1-744-418 | PRETTY LITTLE LIARS (SERIES) Pilot | Warner Bros. Entertainment Inc. |
| PA 1-744-449 | PRETTY LITTLE LIARS (SERIES) The Jenna Thing | Warner Bros. Entertainment Inc. |
| PA 1-744-566 | PRETTY LITTLE LIARS (SERIES) To Kill A Mocking Girl | Warner Bros. Entertainment Inc. |
| PA 1-744-450 | PRETTY LITTLE LIARS (SERIES) Can You Hear Me Now? | Warner Bros. Entertainment Inc. |
| PA 1-744-429 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| | Reality Bites Me | |
| PA 1-749-524 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |
| | There's No Place Like Homecoming | |
| PA 1-749-525 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |
| | The Homecoming Hangover | |
| PA 1-744-454 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |
| | Please, Do Talk About Me When I'm Gone | |
| PA 1-744-454 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |
| | Please, Do Talk About Me When I'm Gone | |
| PA 1-749-549 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |
| | The Perfect Storm | |
| PA 1-744-404 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |
| | Keep Your Friends Close | |
| | PRETTY LITTLE LIARS: SEASON 2 | |
| PA 1-794-685 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |
| | It's Alive | |
| PA 1-794-687 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |
| | The Goodbye Look | |
| PA 1-794-816 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |
| | My Name Is Trouble | |
| PA 1-794-688 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |
| | Blind Dates | |
| PA 1-794-823 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |
| | The Devil You Know | |
| PA 1-794-778 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |
| | Never Letting Go | |
| PA 1-794-827 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |
| | Surface Tension | |
| PA 1-794-765 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |
| | Save The Date | |
| PA 1-794-790 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |
| | Picture This | |
| PA 1-794-831 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |
| | Touched By An 'A'-Angel | |
| PA 1-794-686 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |
| | I Must Confess | |
| PA 1-794-756 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |
| | Over My Dead Body | |
| PA 1-794-834 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |
| | The First Secret | |
| PA 1-794-837 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |
| | Through Many Dangers, Toils and Snares | |
| PA 1-794-838 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |
| | A Hot Piece of "A" | |
| PA 1-794-839 | PRETTY LITTLE LIARS (SERIES) | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| | Let The Water Hold Me Down | |
| PA 1-794-844 | PRETTY LITTLE LIARS (SERIES) The Blonde Leading The Blind | Warner Bros. Entertainment Inc. |
| PA 1-794-848 | PRETTY LITTLE LIARS (SERIES) A Kiss Before Lying | Warner Bros. Entertainment Inc. |
| PA 1-794-689 | PRETTY LITTLE LIARS (SERIES) The Naked Truth | Warner Bros. Entertainment Inc. |
| PA 1-794-740 | PRETTY LITTLE LIARS (SERIES) CTRL: A | Warner Bros. Entertainment Inc. |
| PA 1-794-797 | PRETTY LITTLE LIARS (SERIES) Breaking the Code | Warner Bros. Entertainment Inc. |
| PA 1-794-699 | PRETTY LITTLE LIARS (SERIES) Father Knows Best | Warner Bros. Entertainment Inc. |
| PA 1-794-713 | PRETTY LITTLE LIARS (SERIES) The Eye Of The Beholder | Warner Bros. Entertainment Inc. |
| PA 1-794-693 | PRETTY LITTLE LIARS (SERIES) If These Dolls Could Talk | Warner Bros. Entertainment Inc. |
| PA 1-794-758 | PRETTY LITTLE LIARS (SERIES) Unmasked | Warner Bros. Entertainment Inc. |
| | RIZZOLI & ISLES SEASON 2 | |
| PA 1-800-929 | RIZZOLI & ISLES: We Don't Need Another Hero | Horizon Scripted Television Inc. |
| PA 1-800-896 | RIZZOLI & ISLES: Living Proof | Horizon Scripted Television Inc. |
| PA 1-800-891 | RIZZOLI & ISLES: Don't Hate The Player | Horizon Scripted Television Inc. |
| PA 1-800-908 | RIZZOLI & ISLES: Rebel Without A Pause | Horizon Scripted Television Inc. |
| PA 1-800-922 | RIZZOLI & ISLES: Bloodlines | Horizon Scripted Television Inc. |
| PA 1-800-962 | RIZZOLI & ISLES: Brown Eyed Girl | Horizon Scripted Television Inc. |
| PA 1-800-887 | RIZZOLI & ISLES: My Own Worst Enemy | Horizon Scripted Television Inc. |
| PA 1-800-951 | RIZZOLI & ISLES: Gone Daddy Gone | Horizon Scripted Television Inc. |
| PA 1-800-942 | RIZZOLI & ISLES: Remember Me | Horizon Scripted Television Inc. |
| PA 1-800-959 | RIZZOLI & ISLES: Can I Get A Witness? | Horizon Scripted Television Inc. |
| PA 1-800-950 | RIZZOLI & ISLES: He Ain't Heavy, He's My Brother | Horizon Scripted Television Inc. |
| PA 1-800-949 | RIZZOLI & ISLES: Seventeen Ain't So Sweet | Horizon Scripted Television Inc. |
| PA 1-800-957 | RIZZOLI & ISLES: Don't Stop Dancing, Girl | Horizon Scripted Television |

| | | |
|---|---|---|
| | | Inc. |
| PA 1-800-934 | RIZZOLI & ISLES: Burning Down The House | Horizon Scripted Television Inc. |
| | SHAMELESS SEASON 1 | |
| PA 1-800-081 | SHAMELESS: Pilot | Warner Bros. Entertainment Inc. |
| PA 1-800-078 | SHAMELESS: Aunt Ginger | Warner Bros. Entertainment Inc. |
| PA 1-800-077 | SHAMELESS: Three Boys | Warner Bros. Entertainment Inc. |
| PA 1-800-083 | SHAMELESS: Father Frank, Full Of Grace | Warner Bros. Entertainment Inc. |
| | THE BIG BANG THEORY: Season One | |
| PA 1-795-517 | THE BIG BANG THEORY: Pilot | Warner Bros. Entertainment Inc. |
| PA 1-799-964 | THE BIG BANG THEORY: The Big Bran Hypothesis | Warner Bros. Entertainment Inc. |
| PA 1-799-962 | THE BIG BANG THEORY: The Fuzzy Boots Corollary | Warner Bros. Entertainment Inc. |
| PA 1-799-893 | THE BIG BANG THEORY: The Luminous Fish Effect | Warner Bros. Entertainment Inc. |
| PA 1-799-876 | THE BIG BANG THEORY: The Hamburger Postulate | Warner Bros. Entertainment Inc. |
| PA 1-799-894 | THE BIG BANG THEORY: The Middle Earth Paradigm | Warner Bros. Entertainment Inc. |
| PA 1-799-868 | THE BIG BANG THEORY: The Dumpling Paradox | Warner Bros. Entertainment Inc. |
| PA 1-799-872 | THE BIG BANG THEORY: The Grasshopper Experiment | Warner Bros. Entertainment Inc. |
| PA 1-799-890 | THE BIG BANG THEORY: The Cooper-Hofstadter Polarization | Warner Bros. Entertainment Inc. |
| PA 1-800-073 | THE BIG BANG THEORY: The Loobenfeld Decay | Warner Bros. Entertainment Inc. |
| PA 1-799-897 | THE BIG BANG THEORY: The Pancake Batter Anomaly | Warner Bros. Entertainment Inc. |
| PA 1-799-875 | THE BIG BANG THEORY: The Jerusalem Duality | Warner Bros. Entertainment Inc. |
| PA 1-799-899 | THE BIG BANG THEORY: The Bat Jar Conjecture | Warner Bros. Entertainment Inc. |
| PA 1-799-884 | THE BIG BANG THEORY: The Nerdvana Annihilation | Warner Bros. Entertainment Inc. |
| PA 1-799-886 | THE BIG BANG THEORY: The Pork Chop Indeterminacy | Warner Bros. Entertainment Inc. |
| PA 1-799-887 | THE BIG BANG THEORY: The Peanut Reaction | Warner Bros. Entertainment Inc. |
| PA 1-799-865 | THE BIG BANG THEORY: The Tangerine Factor | Warner Bros. Entertainment Inc. |
| | THE BIG BANG THEORY: Season Two | Warner Bros. Entertainment Inc. |
| PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative | Warner Bros. Entertainment Inc. |
| PA 1-696-733 | THE BIG BANG THEORY: The Cooper-Nowitzki Theorem | Warner Bros. Entertainment Inc. |
| PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability | Warner Bros. Entertainment Inc. |
| PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker Juxtaposition | Warner Bros. Entertainment Inc. |
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis | Warner Bros. Entertainment Inc. |
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling | Warner Bros. Entertainment Inc. |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion | Warner Bros. Entertainment Inc. |
| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency | Warner Bros. Entertainment Inc. |
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope | Warner Bros. Entertainment Inc. |
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster | Warner Bros. Entertainment Inc. |
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation | Warner Bros. Entertainment Inc. |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm | Warner Bros. Entertainment Inc. |
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar Expedition | Warner Bros. Entertainment Inc. |
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability | Warner Bros. Entertainment Inc. |
| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation | Warner Bros. Entertainment Inc. |
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization | Warner Bros. Entertainment Inc. |
| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials | Warner Bros. Entertainment Inc. |
| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology | Warner Bros. Entertainment Inc. |
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization | Warner Bros. Entertainment Inc. |
| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm | Warner Bros. Entertainment Inc. |
| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation | Warner Bros. Entertainment Inc. |
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance | Warner Bros. Entertainment Inc. |
| | THE BIG BANG THEORY: Season Four | |
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| 1 | | Manipulaton | |
| 2 | PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | Warner Bros. Entertainment Inc. |
| 3 | PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | Warner Bros. Entertainment Inc. |
| 4 | PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | Warner Bros. Entertainment Inc. |
| 5 | PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | Warner Bros. Entertainment Inc. |
| 6 | PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | Warner Bros. Entertainment Inc. |
| 7 | PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | Warner Bros. Entertainment Inc. |
| 8 | PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | Warner Bros. Entertainment Inc. |
| 9 | PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | Warner Bros. Entertainment Inc. |
| 10 | PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | Warner Bros. Entertainment Inc. |
| 11 | PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | Warner Bros. Entertainment Inc. |
| 12 | PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | Warner Bros. Entertainment Inc. |
| 13 | PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | Warner Bros. Entertainment Inc. |
| 14 | PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | Warner Bros. Entertainment Inc. |
| 15 | PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | Warner Bros. Entertainment Inc. |
| 16 | PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | Warner Bros. Entertainment Inc. |
| 17 | PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | Warner Bros. Entertainment Inc. |
| 18 | PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | Warner Bros. Entertainment Inc. |
| 19 | PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | Warner Bros. Entertainment Inc. |
| 20 | PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | Warner Bros. Entertainment Inc. |
| 21 | PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | Warner Bros. Entertainment Inc. |
| 22 | PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | Warner Bros. Entertainment Inc. |
| 23 | PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | Warner Bros. Entertainment Inc. |
| 24 | PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| | THE PACIFIC: MINI SERIES | |
| PA 1-679-184 | The Pacific: Part One | Home Box Office, Inc. |
| PA 1-687-855 | The Pacific: Part Two | Home Box Office, Inc. |
| PA 1-679-181 | The Pacific: Part Three | Home Box Office, Inc. |
| PA 1-683-931 | The Pacific: Part Four | Home Box Office, Inc. |
| PA 1-683-936 | The Pacific: Part Five | Home Box Office, Inc. |
| PA 1-683-933 | The Pacific: Part Six | Home Box Office, Inc. |
| PA 1-683-929 | The Pacific: Part Seven | Home Box Office, Inc. |
| PA 1-685-746 | The Pacific: Part Eight | Home Box Office, Inc. |
| PA 1-685-739 | The Pacific: Part Nine | Home Box Office, Inc. |
| PA 1-685-738 | The Pacific: Part Ten | Home Box Office, Inc. |
| | VAMPIRE DIARIES SEASON 1 | |
| PA 1-783-492 | VAMPIRE DIARIES: Pilot | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-783-505 | VAMPIRE DIARIES: The Night Of The Comet | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-783-510 | VAMPIRE DIARIES: Friday Night Bites | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-783-518 | VAMPIRE DIARIES: Family Ties | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-783-545 | VAMPIRE DIARIES: You're Undead To Me | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-783-551 | VAMPIRE DIARIES: Lost Girls | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-783-556 | VAMPIRE DIARIES: Haunted | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-783-559 | VAMPIRE DIARIES: 162 Candles | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-783-563 | VAMPIRE DIARIES: History Repeating | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-783-567 | VAMPIRE DIARIES: The Turning Point | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-783-574 | VAMPIRE DIARIES: Bloodlines | Warner Bros. Entertainment Inc.; CBS Studios Inc. |

| PA 1-783-578 | VAMPIRE DIARIES: Unpleasantville | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
|---|---|---|
| PA 1-783-584 | VAMPIRE DIARIES: Children Of The Damned | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-783-586 | VAMPIRE DIARIES: Fool Me Once | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-783-588 | VAMPIRE DIARIES: A Few Good Men | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-781-131 | VAMPIRE DIARIES: There Goes The Neighborhood | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-783-591 | VAMPIRE DIARIES: Let The Right One In | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-783-593 | VAMPIRE DIARIES: Under Control | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-783-596 | VAMPIRE DIARIES: Miss Mystic Falls | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-783-613 | VAMPIRE DIARIES: Blood Brothers | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-783-614 | VAMPIRE DIARIES: Isobel | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-783-616 | VAMPIRE DIARIES: Founder's Day | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| | VAMPIRE DIARIES SEASON 2 | |
| PA 1-799-078 | THE VAMPIRE DIARIES: The Return | Warner Bros. Entertainment Inc. |
| PA 1-799-070 | THE VAMPIRE DIARIES: Brave New World | Warner Bros. Entertainment Inc. |
| PA 1-799-071 | THE VAMPIRE DIARIES: Bad Moon Rising | Warner Bros. Entertainment Inc. |
| PA 1-799-082 | THE VAMPIRE DIARIES: Memory Lane | Warner Bros. Entertainment Inc. |
| PA 1-799-074 | THE VAMPIRE DIARIES: Kill Or Be Killed | Warner Bros. Entertainment Inc. |
| PA 1-799-084 | THE VAMPIRE DIARIES: Plan B | Warner Bros. Entertainment Inc. |
| PA 1-799-072 | THE VAMPIRE DIARIES: Masquerade | Warner Bros. Entertainment Inc. |
| PA 1-799-073 | THE VAMPIRE DIARIES: Rose | Warner Bros. Entertainment Inc. |
| PA 1-799-075 | THE VAMPIRE DIARIES: Katerina | Warner Bros. Entertainment Inc. |
| PA 1-799-064 | THE VAMPIRE DIARIES: The Sacrifice | Warner Bros. Entertainment Inc. |
| PA 1-799-047 | THE VAMPIRE DIARIES: By The Light Of The Moon | Warner Bros. Entertainment Inc. |

| | | | |
|---|---|---|---|
| 1 | PA 1-799-065 | THE VAMPIRE DIARIES: The Descent | Warner Bros. Entertainment Inc. |
| 2 | PA 1-799-067 | THE VAMPIRE DIARIES: Daddy Issues | Warner Bros. Entertainment Inc. |
| | PA 1-799-058 | THE VAMPIRE DIARIES: Crying Wolf | Warner Bros. Entertainment Inc. |
| 3 | PA 1-799-062 | THE VAMPIRE DIARIES: The Dinner Party | Warner Bros. Entertainment Inc. |
| 4 | PA 1-799-029 | THE VAMPIRE DIARIES: The House Guest | Warner Bros. Entertainment Inc. |
| | PA 1-799-087 | THE VAMPIRE DIARIES: Know Thy Enemy | Warner Bros. Entertainment Inc. |
| 5 | PA 1-799-040 | THE VAMPIRE DIARIES: The Last Dance | Warner Bros. Entertainment Inc. |
| | PA 1-799-042 | THE VAMPIRE DIARIES: Klaus | Warner Bros. Entertainment Inc. |
| 6 | PA 1-799-038 | THE VAMPIRE DIARIES: The Last Day | Warner Bros. Entertainment Inc. |
| | PA 1-799-045 | THE VAMPIRE DIARIES: The Sun Also Rises | Warner Bros. Entertainment Inc. |
| 7 | PA 1-799-086 | THE VAMPIRE DIARIES: As I Lay Dying | Warner Bros. Entertainment Inc. |
| 8 | | THE WIRE: Season One | |
| 9 | PA 1-085-787 | THE WIRE: The Target | Home Box Office, Inc. |
| | PA 1-085-788 | THE WIRE: The Detail | Home Box Office, Inc. |
| 10 | PA 1-085-789 | THE WIRE: The Buys | Home Box Office, Inc. |
| | PA 1-085-790 | THE WIRE: Old Cases | Home Box Office, Inc. |
| 11 | PA 1-091-735 | THE WIRE: The Pager | Home Box Office, Inc. |
| | PA 1-091-734 | THE WIRE: The Wire | Home Box Office, Inc. |
| 12 | PA 1-085-791 | THE WIRE: One Arrest | Home Box Office, Inc. |
| 13 | PA 1-112-366 | THE WIRE: Lessons | Home Box Office, Inc. |
| | PA 1-112-367 | THE WIRE: Game Day | Home Box Office, Inc. |
| 14 | PA 1-085-792 | THE WIRE: The Cost | Home Box Office, Inc. |
| | PA 1-085-793 | THE WIRE: The Hunt | Home Box Office, Inc. |
| 15 | PA 1-112-891 | THE WIRE: Cleaning Up | Home Box Office, Inc. |
| | PA 1-097-171 | THE WIRE: Sentencing | Home Box Office, Inc. |
| 16 | | THE WIRE: Season Two | Home Box Office, Inc. |
| 17 | PA 1-136-490 | THE WIRE: Ebb Tide | Home Box Office, Inc. |
| 18 | PA 1-148-802 | THE WIRE: Collateral Damage | Home Box Office, Inc. |
| | PA 1-194-679 | THE WIRE: Hot Shots | Home Box Office, Inc. |
| 19 | PAu2-811-064 | THE WIRE: Hard Cases | Home Box Office, Inc. |
| | PAu2-803-274 | THE WIRE: Undertow | Home Box Office, Inc. |
| 20 | PA 1-148-601 | THE WIRE: All Prologue | Home Box Office, Inc. |
| | PA 1-188-186 | THE WIRE: Backwash | Home Box Office, Inc. |
| 21 | PAu2-787-345 | THE WIRE: Duck And Cover | Home Box Office, Inc. |
| 22 | PA 1-190-936 | THE WIRE: Stray Sounds | Home Box Office, Inc. |
| | PA 1-194-673 | THE WIRE: Storm Warnings | Home Box Office, Inc. |
| 23 | PA 1-201-679 | THE WIRE: Bad Dreams | Home Box Office, Inc. |
| | PA 1-201-678 | THE WIRE: Port In A Storm | Home Box Office, Inc. |
| 24 | | THE WIRE: Season Three | |
| 25 | PA 1-246-492 | THE WIRE: Time After Time | Home Box Office, Inc. |
| | PA 1-246-487 | THE WIRE: All Due Respect | Home Box Office, Inc. |
| 26 | PA 1-249-546 | THE WIRE: Dead Soldiers | Home Box Office, Inc. |
| | PA 1-249-545 | THE WIRE: Amsterdam | Home Box Office, Inc. |
| 27 | PA 1-249-550 | THE WIRE: Straight And True | Home Box Office, Inc. |
| 28 | PA 1-249-549 | THE WIRE: Homecoming | Home Box Office, Inc. |

| | | |
|---|---|---|
| PA 1-263-206 | THE WIRE: Back Burners | Home Box Office, Inc. |
| PA 1-263-204 | THE WIRE: Moral Midgetry | Home Box Office, Inc. |
| PA 1-263-205 | THE WIRE: Slapstick | Home Box Office, Inc. |
| PA 1-263-201 | THE WIRE: Reformation | Home Box Office, Inc. |
| PA 1-265-461 | THE WIRE: Middle Ground | Home Box Office, Inc. |
| PA 1-265-512 | THE WIRE: Mission Accomplished | Home Box Office, Inc. |
| | THE WIRE: Season Four | |
| PA 1-325-037 | THE WIRE: Boys Of Summer | Home Box Office, Inc. |
| PA 1-325-038 | THE WIRE: Soft Eyes | Home Box Office, Inc. |
| PA 1-325-039 | THE WIRE: Home Rooms | Home Box Office, Inc. |
| PA 1-261-149 | THE WIRE: Refugees | Home Box Office, Inc. |
| PA 1-261-150 | THE WIRE: Alliances | Home Box Office, Inc. |
| PA 1-261-132 | THE WIRE: Margin Of Error | Home Box Office, Inc. |
| PA 1-261-151 | THE WIRE: Unto Others | Home Box Office, Inc. |
| PA 1-261-345 | THE WIRE: Corner Boys | Home Box Office, Inc. |
| PA 1-261-344 | THE WIRE: Know Your Place | Home Box Office, Inc. |
| PA 1-353-972 | THE WIRE: Misgivings | Home Box Office, Inc. |
| PA 1-353-973 | THE WIRE: A New Day | Home Box Office, Inc. |
| PA 1-353-974 | THE WIRE: That's Got His Own | Home Box Office, Inc. |
| PA 1-261-346 | THE WIRE: Final Grades | Home Box Office, Inc. |
| | THE WIRE: Season Five | |
| PA 1-611-976 | THE WIRE: More With Less | Home Box Office, Inc. |
| PA 1-608-341 | THE WIRE: Unconfirmed Reports | Home Box Office, Inc. |
| PA 1-663-138 | THE WIRE: Transitions | Home Box Office, Inc. |
| PA 1-617-062 | THE WIRE: React Quotes | Home Box Office, Inc. |
| PA 1-617-057 | THE WIRE: The Dickenson Aspect | Home Box Office, Inc. |
| PA 1-622-694 | THE WIRE: Took | Home Box Office, Inc. |
| PA 1-622-990 | THE WIRE: Clarifications | Home Box Office, Inc. |
| PA 1-622-995 | THE WIRE: Late Editions | Home Box Office, Inc. |
| PA 1-622-993 | THE WIRE: -30- | Home Box Office, Inc. |
| | TREME: Season One | Home Box Office, Inc. |
| PA 1-686-688 | TREME: Do You Know What It Means? (Episode #1) | Home Box Office, Inc. |
| PA 1-686-691 | TREME: Meet De Boys On The Battlefront (Episode #2) | Home Box Office, Inc. |
| PA 1-686-694 | TREME: Right Place, Wrong Time (Episode #3) | Home Box Office, Inc. |
| PA 1-686-695 | TREME: At The Foot of Canal Street (Episode #4) | Home Box Office, Inc. |
| PA 1-687-984 | TREME: Shame, Shame, Shame (Episode #5) | Home Box Office, Inc. |
| PA 1-687-982 | TREME: Shallow Water, Oh Mama (Episode #6) | Home Box Office, Inc. |
| PA 1-687-980 | TREME: Smoke My Piece Pipe (Episode #7) | Home Box Office, Inc. |
| PA 1-697-073 | TREME: All On A Mardi Gras Day (Episode #8) | Home Box Office, Inc. |
| PA 1-697-072 | TREME: Wish Someone Would Care (Episode | Home Box Office, Inc. |

| | | |
|---|---|---|
| | #9) | |
| PA 1-783-912 | TREME: I'll Fly Away (Episode #10) | Home Box Office, Inc. |
| | TREME: Season Two | |
| PA 1-743-069 | TREME: Accentuate The Positive | Home Box Office, Inc. |
| PA 1-739-172 | TREME: Everything I Do Gonh Be Funky | Home Box Office, Inc. |
| PA 1-750-437 | TREME: OnYour Way Down | Home Box Office, Inc. |
| PA 1-746-591 | TREME: Santa Claus, Do You Ever Get The Blues? | Home Box Office, Inc. |
| PA 1-746-579 | TREME: Slip Away | Home Box Office, Inc. |
| PA 1-746-582 | TREME: Feels Like Rain | Home Box Office, Inc. |
| PA 1-746-583 | TREME: Carnival Time | Home Box Office, Inc. |
| PA 1-756-008 | TREME: Can I Change My Mind | Home Box Office, Inc. |
| PA 1-748-878 | TREME: What Is New Orleans? | Home Box Office, Inc. |
| PA 1-748-782 | TREME: That's What Lovers Do? | Home Box Office, Inc. |
| PA 1-748-781 | TREME: Do Whatcha Wanna | Home Box Office, Inc. |
| | The West Wing: The Complete Series Collection | |
| | THE WEST WING: Season One | Warner Bros. Entertainment Inc. |
| PA 1-008-123 | THE WEST WING: Pilot | Warner Bros. Entertainment Inc. |
| PA 999-330 | THE WEST WING: Post Hoc, Ergo Propter Hoc | Warner Bros. Entertainment Inc. |
| PA 999-329 | THE WEST WING: A Proportional Response | Warner Bros. Entertainment Inc. |
| PA 999-328 | THE WEST WING: Five Votes Down | Warner Bros. Entertainment Inc. |
| PA 999-323 | THE WEST WING: The Crackpots and These Women | Warner Bros. Entertainment Inc. |
| PA 999-322 | THE WEST WING: Mr. Willis of Ohio | Warner Bros. Entertainment Inc. |
| PA 1-008-118 | THE WEST WING: State Dinner | Warner Bros. Entertainment Inc. |
| PA 999-321 | THE WEST WING: Enemies | Warner Bros. Entertainment Inc. |
| PA 1-008-124 | THE WEST WING: The Short List | Warner Bros. Entertainment Inc. |
| PA 1-008-120 | THE WEST WING: In Excelsis Deo | Warner Bros. Entertainment Inc. |
| PA 1-008-125 | THE WEST WING: Lord John Marbury | Warner Bros. Entertainment Inc. |
| PA 999-319 | THE WEST WING: He Shall, From Time to Time | Warner Bros. Entertainment Inc. |
| PA 1-008-119 | THE WEST WING: Take Out the Trash Day | Warner Bros. Entertainment Inc. |
| PA 1-008-122 | THE WEST WING: Take This Sabbath Day | Warner Bros. Entertainment Inc. |
| PA 1-008-121 | THE WEST WING: Celestial Navigation | Warner Bros. Entertainment Inc. |
| PA 999-318 | THE WEST WING: 20 Hours in L.A. | Warner Bros. Entertainment Inc. |
| PA 999-317 | THE WEST WING: The White House Pro-Am | Warner Bros. Entertainment Inc. |
| PA 999-325 | THE WEST WING: Six Meetings Before Lunch | Warner Bros. Entertainment Inc. |
| PA 999-326 | THE WEST WING: Let Bartlet Be Bartlet | Warner Bros. Entertainment Inc. |
| PA 999-327 | THE WEST WING: Mandatory Minimums | Warner Bros. Entertainment Inc. |
| PA 999-324 | THE WEST WING: Lies, Damn Lies and Statistics | Warner Bros. Entertainment Inc. |
| PA 999-320 | THE WEST WING: What Kind of Day Has It Been | Warner Bros. Entertainment Inc. |
| | THE WEST WING: Season Two | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| PA 1-078-726 | THE WEST WING: In the Shadow of Two Gunmen: Part I | Warner Bros. Entertainment Inc. |
| PA 1-076-742 | THE WEST WING: In the Shadow of Two Gunmen: Part II | Warner Bros. Entertainment Inc. |
| PA 1-078-727 | THE WEST WING: The Midterms | Warner Bros. Entertainment Inc. |
| PA 1-078-738 | THE WEST WING: In This White House | Warner Bros. Entertainment Inc. |
| PA 1-078-730 | THE WEST WING: And It's Surely to Their Credit | Warner Bros. Entertainment Inc. |
| PA 1-078-728 | THE WEST WING: The Lame Duck Congress | Warner Bros. Entertainment Inc. |
| PA 1-078-741 | THE WEST WING: The Portland Trip | Warner Bros. Entertainment Inc. |
| PA 1-078-732 | THE WEST WING: Shibboleth | Warner Bros. Entertainment Inc. |
| PA 1-078-725 | THE WEST WING: Galileo | Warner Bros. Entertainment Inc. |
| PA 1-078-729 | THE WEST WING: Noel | Warner Bros. Entertainment Inc. |
| PA 1-078-731 | THE WEST WING: The Leadership Breakfast | Warner Bros. Entertainment Inc. |
| PA 1-078-740 | THE WEST WING: The Drop In | Warner Bros. Entertainment Inc. |
| PA 1-192-007 | THE WEST WING: Bartlet's Third State of the Union | Warner Bros. Entertainment Inc. |
| PA 1-078-733 | THE WEST WING: The War at Home | Warner Bros. Entertainment Inc. |
| PA 1-078-734 | THE WEST WING: Ellie | Warner Bros. Entertainment Inc. |
| PA 1-078-743 | THE WEST WING: Somebody's Going to Emergency, Somebody's Going to Jail | Warner Bros. Entertainment Inc. |
| PA 1-078-744 | THE WEST WING: The Stackhouse Filibuster | Warner Bros. Entertainment Inc. |
| PA 1-078-746 | THE WEST WING: 17 People | Warner Bros. Entertainment Inc. |
| PA 1-078-736 | THE WEST WING: Bad Moon Rising | Warner Bros. Entertainment Inc. |
| PA 1-078-745 | THE WEST WING: The Fall's Gonna Kill You | Warner Bros. Entertainment Inc. |
| PA 1-078-737 | THE WEST WING: 18th and Potomac | Warner Bros. Entertainment Inc. |
| PA 1-078-735 | THE WEST WING: Two Cathedrals | Warner Bros. Entertainment Inc. |
| | THE WEST WING: SEASON THREE | Warner Bros. Entertainment Inc. |
| PA 1-110-176 | THE WEST WING: Isaac and Ishmael | Warner Bros. Entertainment Inc. |
| PA 1-110-190 | THE WEST WING: The Special Episode | Warner Bros. Entertainment Inc. |
| PA 1-110-186 | THE WEST WING: Manchester: Part 1 | Warner Bros. Entertainment Inc. |
| PA 1-110-187 | THE WEST WING: Manchester: Part 2 | Warner Bros. Entertainment Inc. |
| PA 1-110-173 | THE WEST WING: Ways and Means | Warner Bros. Entertainment Inc. |
| PA 1-110-174 | THE WEST WING: On the Day Before | Warner Bros. Entertainment Inc. |
| PA 1-110-183 | THE WEST WING: War Crimes | Warner Bros. Entertainment Inc. |
| PA 1-110-182 | THE WEST WING: Gone Quiet | Warner Bros. Entertainment Inc. |
| PA 1-110-177 | THE WEST WING: The Indians in the Lobby | Warner Bros. Entertainment Inc. |
| PA 1-110-175 | THE WEST WING: The Women of Qumar | Warner Bros. Entertainment Inc. |
| PA 1-110-168 | THE WEST WING: Bartlet for America | Warner Bros. Entertainment Inc. |
| PA 1-110-188 | THE WEST WING: H. Con-172 | Warner Bros. Entertainment Inc. |
| PA 1-110-181 | THE WEST WING: 100,000 Airplanes | Warner Bros. Entertainment Inc. |
| PA 1-110-180 | THE WEST WING: The Two Bartlets | Warner Bros. Entertainment Inc. |
| PA 1-110-178 | THE WEST WING: Night Five | Warner Bros. Entertainment Inc. |
| PA 1-110-189 | THE WEST WING: Hartsfield's Landing | Warner Bros. Entertainment Inc. |
| PA 1-110-170 | THE WEST WING: Dead Irish Writers | Warner Bros. Entertainment Inc. |
| PA 1-110-185 | THE WEST WING: The U.S. Poet Laureate | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| PA 1-110-184 | THE WEST WING: Stirred | Warner Bros. Entertainment Inc. |
| PA 1-110-169 | THE WEST WING: Enemies Foreign and Domestic | Warner Bros. Entertainment Inc. |
| PA 1-110-179 | THE WEST WING: The Black Vera Wang | Warner Bros. Entertainment Inc. |
| PA 1-110-172 | THE WEST WING: We Killed Yamamoto | Warner Bros. Entertainment Inc. |
| PA 1-110-171 | THE WEST WING: Posse Comitatus | Warner Bros. Entertainment Inc. |
| | THE WEST WING: SEASON 4 | Warner Bros. Entertainment Inc. |
| PA 1-148-943 | THE WEST WING: 20 Hours in America Part 1 | Warner Bros. Entertainment Inc. |
| PA 1-148-944 | THE WEST WING: 20 Hours in America Part 2 | Warner Bros. Entertainment Inc. |
| PA 1-148-945 | THE WEST WING: College Kids | Warner Bros. Entertainment Inc. |
| PA 1-148-946 | THE WEST WING: Red Mass | Warner Bros. Entertainment Inc. |
| PA 1-148-947 | THE WEST WING: Debate Camp | Warner Bros. Entertainment Inc. |
| PA 1-148-948 | THE WEST WING: Game On | Warner Bros. Entertainment Inc. |
| PA 1-148-950 | THE WEST WING: Election Night | Warner Bros. Entertainment Inc. |
| PA 1-148-951 | THE WEST WING: Process Stories | Warner Bros. Entertainment Inc. |
| PA 1-148-949 | THE WEST WING: Swiss Diplomacy | Warner Bros. Entertainment Inc. |
| PA 1-148-952 | THE WEST WING: Arctic Radar | Warner Bros. Entertainment Inc. |
| PA 1-148-953 | THE WEST WING: Holy Night | Warner Bros. Entertainment Inc. |
| PA 1-148-954 | THE WEST WING: Guns Not Butter | Warner Bros. Entertainment Inc. |
| PA 1-148-955 | THE WEST WING: The Long Goodbye | Warner Bros. Entertainment Inc. |
| PA 1-148-956 | THE WEST WING: Inauguration: Part 1 | Warner Bros. Entertainment Inc. |
| PA 1-148-957 | THE WEST WING: Inauguration: Part 2- Over There | Warner Bros. Entertainment Inc. |
| PA 1-148-958 | THE WEST WING: The California 47th | Warner Bros. Entertainment Inc. |
| PA 1-148-959 | THE WEST WING: Red Haven's On Fire | Warner Bros. Entertainment Inc. |
| PA 1-148-960 | THE WEST WING: Privateers | Warner Bros. Entertainment Inc. |
| PA 1-148-962 | THE WEST WING: Angel Maintenance | Warner Bros. Entertainment Inc. |
| PA 1-148-961 | THE WEST WING: Evidence of Things Not Seen | Warner Bros. Entertainment Inc. |
| PA 1-148-963 | THE WEST WING: Life on Mars | Warner Bros. Entertainment Inc. |
| PA 1-148-964 | THE WEST WING: Commencement | Warner Bros. Entertainment Inc. |
| PA 1-148-965 | THE WEST WING: Twenty Five | Warner Bros. Entertainment Inc. |
| | THE WEST WING: SEASON FIVE | Warner Bros. Entertainment Inc. |
| PA 1-291-070 | THE WEST WING: 7A WF 83429 | Warner Bros. Entertainment Inc. |
| PA 1-291-071 | THE WEST WING: The Dogs of War | Warner Bros. Entertainment Inc. |
| PA 1-291-072 | THE WEST WING: Jefferson Lives | Warner Bros. Entertainment Inc. |
| PA 1-291-073 | THE WEST WING: Han | Warner Bros. Entertainment Inc. |
| PA 1-291-074 | THE WEST WING: Constituency of One | Warner Bros. Entertainment Inc. |
| PA 1-291-075 | THE WEST WING: Disaster Relief | Warner Bros. Entertainment Inc. |
| PA 1-291-076 | THE WEST WING: Separation of Powers | Warner Bros. Entertainment Inc. |
| PA 1-291-077 | THE WEST WING: Shutdown | Warner Bros. Entertainment Inc. |
| PA 1-291-078 | THE WEST WING: Abu El Banat | Warner Bros. Entertainment Inc. |
| PA 1-291-079 | THE WEST WING: The Stormy Present | Warner Bros. Entertainment Inc. |
| PA 1-291-080 | THE WEST WING: The Benign Prerogative | Warner Bros. Entertainment Inc. |
| PA 1-291-081 | THE WEST WING: Slow News Day | Warner Bros. Entertainment Inc. |
| PA 1-291-082 | THE WEST WING: The Warfare of Genghis | Warner Bros. Entertainment Inc. |

| | | Khan | |
|---|---|---|---|
| | PA 1-291-083 | THE WEST WING: An Khe | Warner Bros. Entertainment Inc. |
| | PA 1-291-084 | THE WEST WING: Full Disclosure | Warner Bros. Entertainment Inc. |
| | PA 291-085 | THE WEST WING: Eppur Si Muove | Warner Bros. Entertainment Inc. |
| | PA 1-291-086 | THE WEST WING: The Supremes | Warner Bros. Entertainment Inc. |
| | PA 1-291-087 | THE WEST WING: Access | Warner Bros. Entertainment Inc. |
| | PA 1-291-088 | THE WEST WING: Talking Points | Warner Bros. Entertainment Inc. |
| | PA 1-291-091 | THE WEST WING: No Exit | Warner Bros. Entertainment Inc. |
| | PA 1-291-089 | THE WEST WING: Gaza | Warner Bros. Entertainment Inc. |
| | PA 1-291-090 | THE WEST WING: Memorial Day | Warner Bros. Entertainment Inc. |
| | | THE WEST WING: SEASON SIX | Warner Bros. Entertainment Inc. |
| | PA 1-765-880 | THE WEST WING: NSF Thurmont | Warner Bros. Entertainment Inc. |
| | PA 1-765-871 | THE WEST WING: The Birnam Wood | Warner Bros. Entertainment Inc. |
| | PA 1-765-857 | THE WEST WING: Third Day Story | Warner Bros. Entertainment Inc. |
| | PA 1-765-675 | THE WEST WING: Liftoff | Warner Bros. Entertainment Inc. |
| | PA 1-765-770 | THE WEST WING: The Hubbert Peak | Warner Bros. Entertainment Inc. |
| | PA 1-765-694 | THE WEST WING: The Dover Test | Warner Bros. Entertainment Inc. |
| | PA 1-765-764 | THE WEST WING: Change | Warner Bros. Entertainment Inc. |
| | PA 1-765-700 | THE WEST WING: In the Room | Warner Bros. Entertainment Inc. |
| | PA 1-765-763 | THE WEST WING: Impact Winter | Warner Bros. Entertainment Inc. |
| | PA 1-765-665 | THE WEST WING: Faith-Based Initiative | Warner Bros. Entertainment Inc. |
| | PA 1-765-791 | THE WEST WING: Opposition Research | Warner Bros. Entertainment Inc. |
| | PA 1-765-655 | THE WEST WING: 365 Days | Warner Bros. Entertainment Inc. |
| | PA 1-765-797 | THE WEST WING: King Corn | Warner Bros. Entertainment Inc. |
| | PA 1-777-436 | THE WEST WING: The Wake Up Call | Warner Bros. Entertainment Inc. |
| | PA 1-765-691 | THE WEST WING: Freedonia | Warner Bros. Entertainment Inc. |
| | PA 1-765-781 | THE WEST WING: Drought Conditions | Warner Bros. Entertainment Inc. |
| | PA 1-765-868 | THE WEST WING: A Good Day | Warner Bros. Entertainment Inc. |
| | PA 1-765-861 | THE WEST WING: La Palabra | Warner Bros. Entertainment Inc. |
| | PA 1-765-683 | THE WEST WING: Ninety Miles Away | Warner Bros. Entertainment Inc. |
| | PA 1-267-465 | THE WEST WING: In God We Trust | Warner Bros. Entertainment Inc. |
| | PA 1-267-458 | THE WEST WING: Things Fall Apart | Warner Bros. Entertainment Inc. |
| | PA 1-267-457 | THE WEST WING: 2162 Votes | Warner Bros. Entertainment Inc. |
| | | THE WEST WING: SEASON SEVEN | Warner Bros. Entertainment Inc. |
| | PA 1-769-538 | THE WEST WING: The Ticket | Warner Bros. Entertainment Inc. |
| | PA 1-769-951 | THE WEST WING: The Mommy Problem | Warner Bros. Entertainment Inc. |
| | PA 1-769-973 | THE WEST WING: Message of the Week | Warner Bros. Entertainment Inc. |
| | PA 1-769-552 | THE WEST WING: Mr. Frost | Warner Bros. Entertainment Inc. |
| | PA 1-769-545 | THE WEST WING: Here Today | Warner Bros. Entertainment Inc. |
| | PA 1-770-076 | THE WEST WING: The Al Smith Dinner | Warner Bros. Entertainment Inc. |
| | PA 1-769-519 | THE WEST WING: The Debate | Warner Bros. Entertainment Inc. |
| | PA 1-770-095 | THE WEST WING: Undecideds | Warner Bros. Entertainment Inc. |
| | PA 1-769-974 | THE WEST WING: The Wedding | Warner Bros. Entertainment Inc. |
| | PA 1-770-943 | THE WEST WING: Running Mates | Warner Bros. Entertainment Inc. |
| | PA 1-770-946 | THE WEST WING: Internal Displacement | Warner Bros. Entertainment Inc. |
| | PA 1-770-106 | THE WEST WING: Duck and Cover | Warner Bros. Entertainment Inc. |

| PA 1-770-103 | THE WEST WING: The Cold | Warner Bros. Entertainment Inc. |
|---|---|---|
| PA 1-769-535 | THE WEST WING: Two Weeks Out | Warner Bros. Entertainment Inc. |
| PA 1-769-559 | THE WEST WING: Welcome to Wherever You Are | Warner Bros. Entertainment Inc. |
| PA 1-769-543 | THE WEST WING: Election Day | Warner Bros. Entertainment Inc. |
| PA 1-769-526 | THE WEST WING: Election Day: Part 2 | Warner Bros. Entertainment Inc. |
| PA 1-770-950 | THE WEST WING: Requiem | Warner Bros. Entertainment Inc. |
| PA 1-770-908 | THE WEST WING: Transition | Warner Bros. Entertainment Inc. |
| PA 1-770-908 | THE WEST WING: The Last Hurrah | Warner Bros. Entertainment Inc. |
| PA 1-770-077 | THE WEST WING: Institutional Memory | Warner Bros. Entertainment Inc. |
| PA 1-770-906 | THE WEST WING: Tomorrow | Warner Bros. Entertainment Inc. |